**Order entered January 16, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01213-CV

### CHRISTOPHER WREH, Appellant

### V.

### ALEX GIANOTOS, BOSTEN GOLDSCHMIED, & BG INCORPORATED, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05068-D**

## ORDER

Before the Court is appellant's January 9, 2020 motion for a thirty-day extension of time to file his corrected brief. We **GRANT** the motion and **ORDER** the corrected brief be filed no later than February 10, 2020.

/s/    KEN MOLBERG
        JUSTICE